NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD ELMORE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D17-4118
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Edward Elmore, pro se.

PER CURIAM.

            Affirmed.

SILBERMAN, MORRIS, and SALARIO, JJ., Concur.